# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE REED MOORE, SR.,

    Plaintiff,

  vs.

ROBERT W. FOX, et al.,

    Defendants.

No. 2:16-CV-2641-CMK

ORDER

      Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1] Pending before the court is plaintiff's complaint (Doc. 1).

      The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In this case, plaintiff claims that defendants were deliberately indifferent to his serious medical needs when they failed to provide him a prescribed diet.

///

---

[1] When the case was filed, the matter was docketed as a prisoner civil rights action. Such designation typically attaches to cases in which a prisoner plaintiff is proceeding pro se on a civil rights claims. Because plaintiff is represented by counsel, the Clerk of the Court will be directed to re-designate this matter as a counseled civil action.

1 | The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C.
§ 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 110.

Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number;

2. The Clerk of the Court shall re-designate this matter as a counseled civil action;

3. The court authorizes service on the following defendant(s):

FOX;

THUMSER;

ELAM;

BICK;

CAROLAN;

HORGAN;

ZAMORA;

TEUCCI; and

TOCH;

4. The Clerk of the Court shall issue a summons in a civil case, the assigned District Judge's new case documents, and as appropriate to the procedures of the assigned District Judge, an order setting this matter for an initial scheduling conference.

DATED: August 7, 2018

　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE