UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-cv-02641-MCE-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Relief from Order (ECF No. 16), which the Court construes as a motion for reconsideration. No basis for reconsideration has been shown, and that Motion is thus DENIED.

IT IS SO ORDERED.

Dated: September 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1