IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUANE REED MOORE, SR.,** | 2:16-cv-02641-MCE-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **FOX, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING** for Defendant's requested extension of time to file a reply brief is found by the Court here, based on counsel's declaration of the need for additional time due to severe staffing shortages in the Correctional Law Section of the Office of the California Attorney General**.**  As such, Defendants' motion, ECF No. 54, for a 90-day extension of time to file a responsive pleading is granted in part. Defendants shall file a response to Plaintiff's complaint within 60 days of the date of this order.

IT IS SO ORDERED.

Dated:  November 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE