IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-CV-2641-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant Hogan's motion, ECF No. 58, for an extension of time to file a response to complaint.

A review of the docket reflects that the other served defendants' response is due by January 17, 2023. See ECF No. 55. Defendant Hogan, who was recently served, seeks an extension of time to coincide with this deadline. Defendant's request is granted. Defendant Hogan's response to Plaintiff's complaint is due by January 17, 2023.

IT IS SO ORDERED.

Dated:  December 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE