IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUANE REED MOORE, SR.,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**FOX, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-02641-MCE-DMC<br><br>**ORDER** |

　　Good cause shown based on counsel's declaration indicating the need for additional time to file a responsive pleading due to the departure of current defense counsel and assignment of new defense counsel, Defendants' request for an extension of time, ECF No. 60, to file a responsive pleading is GRANTED.  Defendants' responsive pleading is due by February 15, 2023.

　　IT IS SO ORDERED.

Dated: January 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE