IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-CV-2641-MCE-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT W. FOX, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 65, for an extension of time May 15, 2023, to file an opposition to Defendants' motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to upcoming spinal surgery, Plaintiff's motion is granted. Plaintiff's opposition to Defendants' motion to dismiss is due by May 15, 2023.

      IT IS SO ORDERED.

Dated:  March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1