# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-CV-2641-MCE-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 63, for an order staying discovery pending resolution of Defendants' motion to dismiss. Good cause appearing therefor, Defendants' motion is granted. Discovery in this matter is stayed.

IT IS SO ORDERED.

Dated: March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE