1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DUANE REED MOORE, SR.,                    No.  2:16-CV-2641-MCE-DMC-P

12             Plaintiff,

13        v.                                           ORDER

14    ROBERT W. FOX, et al.,

15             Defendants.

16

17        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C.

18    § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District

19    of California local rules.

20        On July 14, 2023, the Magistrate Judge filed findings and recommendations herein which

21    were served on the parties and which contained notice that the parties may file objections within

22    the time specified therein.  No objections to the findings and recommendations have been filed.

23        The Court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and the Magistrate Judge's analysis.

25    / / /

26    / / /

27    / / /

28    / / /

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      The findings and recommendations filed July 14, 2023, are ADOPTED in full.

3          2.      Defendants' unopposed motion to dismiss, ECF No. 64, is GRANTED.

4          3.      This action proceeds against Defendants in their individual capacities only.

5          4.      Plaintiff's complaint is DISMISSED with leave to amend.

6          5.      Plaintiff's motion for injunctive relief, ECF No. 68, is DENIED without prejudice

7   to renewal upon the filing of a first amended complaint.

8          6.      Plaintiff shall file a first amended complaint within 30 days of the date this Order

9   is electronically filed.

10          IT IS SO ORDERED.

11   Dated:  August 29, 2023

12

13          MORRISON C. ENGLAND, JR
            SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28