IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-CV-2641-MCE-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff's Motion to Correct Order re Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated: September 25, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE