1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     DUANE REED MOORE, SR.,                    No.  2:16-CV-2641-MCE-DMC-P

12                    Plaintiff,

13           v.                                  ORDER

14     ROBERT W. FOX, et al.,

15                    Defendants.

16

17              Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action

18     pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 81, for an

19     extension of time to file a first amended complaint.  Good cause appearing therefor, Plaintiff's

20     motion will be granted.

21              Accordingly, IT IS HEREBY ORDERED as follows:

22              1.       Plaintiff's motion for an extension of time, ECF No, 81, is GRANTED.

23              2.       Plaintiff shall file a first amended complaint within 30 days of the date of

24     this order.

25

26     Dated:  October 5, 2023

27                                                _____
                                                  DENNIS M. COTA
28                                                UNITED STATES MAGISTRATE JUDGE

                                                  1