# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-CV-2641-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 85, for an extension of time to file a first amended complaint.  Plaintiff's motion, which is not opposed, is GRANTED.  Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1