IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE REED MOORE, SR., | No. 2:16-CV-2641-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT W. FOX, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's third and fourth motions, ECF Nos. 88 and 90, for an extension of time to file a first amended complaint in compliance with the District Judge's August 30, 2023, order.  Plaintiff's request is opposed by Defendants, ECF No. 89.

On July 14, 2023, the Court issued findings and recommendations that Defendants' unopposed motion to dismiss be granted and that Plaintiff's complaint be dismissed with leave to amend.  See ECF No. 76.  The District Judge adopted the findings and recommendations in full on August 30, 2023, and directed Plaintiff to file a first amended complaint within 30 days.  See ECF No. 78.  On September 25, 2023, Plaintiff sought a first extension of time.  See ECF No. 81.  Over Defendants' opposition, that request was granted on September 26, 2023, and Plaintiff was directed to file his first amended complaint within 30 days.

See ECF No. 83.

On November 9, 2023 – after expiration of the 30 days granted on September 26, 2023 – Plaintiff filed a second motion for an extension of time to file his first amended complaint. See ECF No. 85.  In this second motion, Plaintiff stated that he required additional time because: (1) he had limited law library access; and (2) his jailhouse assistance, Mr. Cortinas, was experiencing medical issues.  See id.  Defendants did not oppose this request, which the Court granted on November 29, 2023.  See ECF No. 87.  Plaintiff was directed to file his first amended complaint within 30 days of the November 29, 2023, order.  See id.

The currently pending third and fourth motions for an extension of time were filed on December 11, 2023, and January 8, 2024, respectively.  See ECF Nos. 88 and 90.  In the December 11, 2023, motion, Plaintiff states that he is still being assisted by Mr. Cortinas and that he seeks a "firm deadline" of January 5, 2024.  See ECF No. 88.  According to Plaintiff, Mr. Cortinas was still experiencing medical issues and was busy with other cases.  See id. Nonetheless, Plaintiff stated that he would be able to file his first amended complaint by January 5, 2024.  See id.  Defendants oppose Plaintiff's third motion, arguing "enough is enough," that the case has been pending since 2016, and that Plaintiff has had ample opportunity to file his first amended complaint.  See ECF No. 89.

No first amended complaint was filed by January 5, 2024.  Instead, Plaintiff filed his fourth motion for an extension of time on January 8, 2024.  See ECF No. 90.  Plaintiff now states that he requires an additional 30 days to comply with the District Judge's August 30, 2023, order because both he and Mr. Cortinas are restricted in their ability to prepare an amended complaint due to illnesses.  See id.  Mr. Cortinas also provides his declaration indicating that he will be able to assist Plaintiff in filing a first amended complaint within 30 days.  See id.

Good cause appearing therefor, the Court will grant Plaintiff's current motions and provide Plaintiff an additional 30 days to file his first amended complaint.  In so doing, the Court is mindful of Defendants' position and cautions Plaintiff that further requests for an extension of the time to file a first amended complaint will be highly disfavored and not granted except upon a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's third and fourth motions for an extension of time, ECF Nos. 88 and 90, are GRANTED.

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

3. Further extensions will not be granted except upon a showing of extraordinary circumstances.

Dated: January 12, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE